1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

11

DOROTHY YURKUNAS,

Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of
Social Security,

Defendant.

Case No. 3:12-cv-05362-RBL-KLS

ORDER REVERSING FINAL DECISION
OF THE COMMISSIONER AND
REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS

12

13

14

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

15

16

(1)    the Court adopts the Report and Recommendation;

17

(2)    the ALJ erred in her decision as described in the Report and Recommendation;

18

(3)    the matter is therefore REVERSED and remanded to the Commissioner for further

19

administrative proceedings; and

20

(4)    the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's

21

counsel and Magistrate Judge Karen L. Strombom.

22

DATED this 28th day of August, 2013.

23

24

25

26

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1