1
2
3
4
5
6      U.S. District Judge Ronald B. Leighton
7
8      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
9      TACOMA DIVISION
10

| | |
|---|---|
| DOROTHY YURKUNAS,<br>    Plaintiff, | 3:12-CV-5362-RBL |
| vs. | |
| CAROLYN COLVIN,<br>Commissioner of Social Security,<br>    Defendant. | ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,844.41 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). Attorney fees are paid pursuant to 28 U.S.C. §1920.

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland,

1  OR 97293.  If Plaintiff has a debt, then the check for any remaining funds after offset of the debt

2  shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

3       DATED this 22nd day of November, 2013.

                                               _____
                                               RONALD B. LEIGHTON
                                               UNITED STATES DISTRICT JUDGE

Presented by:

s/ Stan Kapustka
STAN KAPUSTKA, WSB #36547
Schneider Kerr Law Offices
626 SE Alder St
Portland, OR 97293
(503) 255-9092
stankapustka@schneiderlaw.com